# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-14156 | JPS | Judge: | Jessica E. Price Smith | Trustee Name: | Mary K. Whitmer |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ROLEN PLASTICS INC. | | | | Date Filed (f) or Converted (c): | 06/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/18/2013 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 10/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1009 Commerce Court Grafton, OH 44044 | 400,000.00 | 0.00 | | 480,000.00 | FA |
| See Order [Dkt. No. 48]. | | | | | |
| 2. 1990 Neissi molding machine Model FS210- 50ASE | 7,500.00 | 7,500.00 | | 3,000.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 3. 1990 Nissei Molding machie moel F 210-550 ASE | 7,500.00 | 7,500.00 | | 2,600.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 4. 1997 Nissei molding machine model  FN5000-50A | 15,000.00 | 15,000.00 | | 19,000.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 5. 2001 LG Goldstar molding machine Ser # 1500zzm8176 | 36,000.00 | 36,000.00 | | 3,000.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 6. 1993 Goldstar Model molding machine  IDE500 EN | 15,600.00 | 15,600.00 | | 2,300.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 7. 1995 Goldstar molding machine, model  IDE-220 EN | 10,800.00 | 10,800.00 | | 725.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 8. 1992Goldstar molding machine Model IDE 150EN | 6,000.00 | 6,000.00 | | 1,150.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 9. 1992 Goldstar molding machine Model IDE 150 EN | 6,000.00 | 6,000.00 | | 675.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-14156 | JPS | Judge: | Jessica E. Price Smith | Trustee Name: | Mary K. Whitmer |
| Case Name: | ROLEN PLASTICS INC. | | | | Date Filed (f) or Converted (c): | 06/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/18/2013 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 10/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 10. 1992 Goldstar molding machine model IDE E150 EN | 6,000.00 | 6,000.00 | | 400.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 11. 1992 Goldstar molding machine model IDE-100 EN | 4,500.00 | 4,500.00 | | 600.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 12. two Van Doren molding machines 1970 | Unknown | 0.00 | | 1,100.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 13. Yudo-Star-robot material dryer model UDC 150 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| Asset was not on the premises or auctioned. Trustee was unable to locate. | | | | | |
| 14. UNA DYN robot material dryer model UDC | 3,000.00 | 3,000.00 | | 550.00 | FA |
| See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | | | | | |
| 15. 8 thermal chillers 6 grinders ingersoll 2 compress | Unknown | Unknown | | 0.00 | FA |
| All assets were sold in auction, duplicate assets. See above. | | | | | |
| 16. ACCOUNTS RECEIVABLE (u) | 8,662.32 | 8,511.72 | | 12,767.58 | FA |
| See Agreed Order for Turnover [Dkt. o. 50]. | | | | | |
| 17. Miscellaneous Equipment sold at Auction | 0.00 | 0.00 | | 11,145.82 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $529,562.32      $129,411.72      $539,013.40      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Mary Whitmer 4/17/2017 Trustee has submitted TFR for pre-submission review and will file shortly.

- Mary Whitmer 10/13/2016 Trustee to file Motion to Compromise.

- Mary Whitmer 4/22/2016 - Trustee has reached agreement in principle with taxing authorities and will file a Motion to Compromise shortly.

- Mary Whitmer 10/21/2015 Trustee seeking agreement with taxing authorities on lien marshalling priorities of numerous certificates of lien and judgment lien priorities.

Tr - Mary Whitmer 4/4/2015 Trustee seeking marshalling of tax liens from IRS and State of Ohio.

October 22, 2014, 03:19 pm Trustee evaluating the tax implications of the sale and rewewing claims.

April 04, 2014, 06:03 pm Trustee has sold assets and has reached agreement for distribution of the proceeds among priority creditors.

September 27, 2013, 06:02 pm Trustee has filed Motion to Sell Assets. Auction sale November 7, 2013.

Trustee is pursuing property and all listed equipment.

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 04/30/2017

Trustee Signature:      /s/ Mary K. Whitmer     Date: 04/26/2017

Mary K. Whitmer
Whitmer & Ehrman LLC
2344 Canal Road
Suite 401
Cleveland, OH 44113
(216) 771-5056
mkw@WEadvocatenet

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-14156 | Trustee Name: Mary K. Whitmer |
| Case Name: ROLEN PLASTICS INC. | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0786 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0297 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/13 | 16 | PULITO & ASSOCIATES 230 3d St. Suite 200Elyria, OH 44035 | Account Receivable | 1221-000 | $8,511.72 | | $8,511.72 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,501.72 |
| 08/26/13 | 300001 | TODD ASSOCIATES 23825 Commerce ParkBeachwood, OH 44122 | Insurance coverage [Dkt. No. 21] | 2420-000 | | $3,334.55 | $5,167.17 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $11.99 | $5,155.18 |
| 09/14/13 | 300002 | FIRST INSURANCE FUNDING CORP P.O. Box 66468Chicago, IL 06000-0468 | Insurance coverage [Dkt. No. 21] | 2420-000 | | $1,392.58 | $3,762.60 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,752.60 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,742.60 |
| 11/04/13 | 16 | PULITO AND ASSOCIATES LLC 5343 Meadow Lane Ct.Sheffield, OH 44035-1469 | Payment of A/R by Pulito law firm | 1221-000 | $4,255.86 | | $7,998.46 |
| 11/04/13 | 300003 | FIRST INSURANCE FUNDING CORP. 450 Skokie BlvdSuite 1000Northbrook, IL 60062Acct. 01530-0001-1827240 | Insurance coverage [Dkt. No. 21] | 2420-000 | | $1,392.58 | $6,605.88 |
| 11/22/13 | 300004 | FIRST INSURANCE FUNDING CORP. P.O. Box 66468Chicago, IL 60666-0468 | Insurance Coverage [Dkt. No. 2] | 2420-000 | | $1,392.58 | $5,213.30 |
| 11/25/13 | | GROSSMAN, INC. 1305 W. 80th St.Cleveland, OH 44102 | Auction Sale of Equipment | | $46,245.82 | | $51,459.12 |
| | | | Gross Receipts $46,245.82 | | | | |
| | 5 | | 2001 LG Goldstar molding machine Ser # 1500zzm8176 $3,000.00 | 1129-000 | | | |
| | 4 | | 1997 Nissei molding machine model FN5000-50A $19,000.00 | 1129-000 | | | |
| | 2 | | 1990 Neissi molding machine Model FS210- 50ASE $3,000.00 | 1129-000 | | | |
| | 3 | | 1990 Nissei Molding machie moel F 210-550 ASE $2,600.00 | 1129-000 | | | |
| | | | Page Subtotals: | | $59,013.40 | $7,554.28 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-14156 | Trustee Name: | Mary K. Whitmer |
| Case Name: ROLEN PLASTICS INC. | Bank Name: | BOK Financial |
| | Account Number/CD#: | XXXXXX0786 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX0297 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 6 | | 1993 Goldstar Model molding machine IDE500 EN | $2,300.00 | 1129-000 | | |
| | 8 | | 1992Goldstar molding machine Model IDE 150EN | $1,150.00 | 1129-000 | | |
| | 14 | | UNA DYN robot material dryer model UDC | $550.00 | 1129-000 | | |
| | 12 | | two Van Doren molding machines 1970 | $1,100.00 | 1129-000 | | |
| | 11 | | 1992 Goldstar molding machine model IDE-100 EN | $600.00 | 1129-000 | | |
| | 7 | | 1995 Goldstar molding machine, model IDE-220 EN | $725.00 | 1129-000 | | |
| | 9 | | 1992 Goldstar molding machine Model IDE 150 EN | $675.00 | 1129-000 | | |
| | 17 | | Miscellaneous Equipment sold at Auction | $11,145.82 | 1129-000 | | |
| | 10 | | 1992 Goldstar molding machine model IDE E150 EN | $400.00 | 1129-000 | | |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $12.08 | $51,447.04 |
| 12/16/13 | | Transfer from Acct # XXXXXX1050 | Bank Funds Transfer | | 9999-000 | $400,673.53 | | $452,120.57 |
| 12/17/13 | 300005 | LORAIN NATIONAL BANK 457 BroadwayLorain, OH 44052 | Payment of Total Secured Claims | | 4110-000 | | $357,229.35 | $94,891.22 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $246.47 | $94,644.75 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $140.67 | $94,504.08 |
| 02/19/14 | 300006 | GROSSMAN, INC. 952 East 72 St.Cleveland, OH 44103 | Auctioneer for Trustee Fees | | | | $13,426.53 | $81,077.55 |
| | | GROSSMAN, INC. | Auctioneer for Trustee Expenses | ($8,801.83) | 3620-000 | | | |
| | | Grossman, Inc. | Auctioneer for Trustee Fees | ($4,624.70) | 3610-000 | | | |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $121.71 | $80,955.84 |

Page Subtotals: $400,673.53  $371,176.81

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-14156 | Trustee Name: | Mary K. Whitmer |
| Case Name: ROLEN PLASTICS INC. | Bank Name: | BOK Financial |
| | Account Number/CD#: | XXXXXX0786 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX0297 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | | FIRST INSURANCE 450 Skokie Blvd.Suite 1000P.O. Box 3306Northbrook, IL 60065-3306 | Refund of Unused Insurance Premium | 2420-000 | | ($651.59) | $81,607.43 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.50 | $81,486.93 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $117.20 | $81,369.73 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.93 | $81,248.80 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $116.86 | $81,131.94 |
| 07/30/14 | | FIRST INSURANCE FUNDING 450 Skokie Blvd.Ste. 1000P.O. Box 1336Northbrook, IL 60065-3306 | Refund of Unused Insurance Premium | 2420-000 | | ($532.95) | $81,664.89 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.58 | $81,544.31 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $121.11 | $81,423.20 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $117.11 | $81,306.09 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.84 | $81,185.25 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $116.77 | $81,068.48 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.49 | $80,947.99 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.31 | $80,827.68 |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.50 | $80,719.18 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.97 | $80,599.21 |

Page Subtotals: $0.00 $356.63

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-14156 | Trustee Name: | Mary K. Whitmer |
| Case Name: ROLEN PLASTICS INC. | Bank Name: | BOK Financial |
| | Account Number/CD#: | XXXXXX0786 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX0297 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.93 | $80,483.28 |
| 02/04/17 | 300007 | OHIO BUREAU OF WORKERS' COMPENSATI<br>Legal Division/Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Payment of Priority Claim Pursuant to Agreement and Court Order<br>See Motion [Dkt. No. 73] and Order [Dkt No. 77] pursuant to Agreement with State of Ohio and Internal Revenue Service. | 5800-000 | | $33,137.13 | $47,346.15 |
| 02/04/17 | 300008 | OHIO DEPARTMENT OF JOB & FAMILY SER<br>Revenue Recovery/Litigation<br>PO Box 182404<br>Columbus, OH 43218 | Payment of Priority Claim Pursuant to Agreement and Court Order<br>See Motion [Dkt. No. 73] and Order [Dkt No. 77] pursuant to Agreement with State of Ohio and Internal Revenue Service. | 5800-000 | | $4,298.50 | $43,047.65 |
| 03/31/17 | 300009 | OHIO DEPARTMENT OF JOB & FAMILY SER<br>Revenue Recovery/Litigation<br>PO Box 182404<br>Columbus, OH 43218 | Payment of Priority Claim Pursuant to Agreement and Court Order<br>See Motion [Dkt. No. 73] and Order [Dkt No. 77] pursuant to Agreement with State of Ohio and Internal Revenue Service. Disbursement corrects error on payment of $.09. | 5800-000 | | $0.09 | $43,047.56 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $459,686.93 | $416,639.37 |
| Less: Bank Transfers/CD's | $400,673.53 | $0.00 |
| Subtotal | $59,013.40 | $416,639.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,013.40 | $416,639.37 |

Page Subtotals: $0.00 $37,551.65

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156  
Case Name: ROLEN PLASTICS INC.  
Taxpayer ID No: XX-XXX0297  
For Period Ending: 03/31/2017  

Trustee Name: Mary K. Whitmer  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX1050  
Checking Account  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/26/13 | | FROM THE SALE OF THE REAL ESTATE | Sale of Real Estate See, Order Granting Trustee's Motion to Sell Real and Personal Property Free and Clear of All Liens and Interests [Dkt. No. 48]. | | $400,673.53 | | $400,673.53 |
| | | | Gross Receipts $480,000.00 | | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Escrow Fee ($435.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Examination of Title ($460.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Title Commitment ($75.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Owner's Policy Premium ($1,058.75) | 2500-000 | | | |
| | | Lorain County Ohio | Recording Fees ($100.00) | 2500-000 | | | |
| | | Lorain County Ohio | Transfer Tax ($1,920.50) | 2500-000 | | | |
| | | Re/Max Crossroads | Real Estate Commission ($24,000.00) | 3510-000 | | | |
| | | Lorain County Ohio | Real Estate Taxes Proration ($8,902.43) | 2820-000 | | | |
| | | Lorain County Ohio | Delinquent Real Estate Taxes ($42,374.79) | 4700-000 | | | |
| | 1 | | 1009 Commerce Court Grafton, OH 44044 $480,000.00 | 1110-000 | | | |
| 12/16/13 | | Transfer to Acct # XXXXXX0786 | Bank Funds Transfer | 9999-000 | | $400,673.53 | $0.00 |

COLUMN TOTALS $400,673.53 $400,673.53

Page Subtotals: $400,673.53 $400,673.53

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $400,673.53 |
| Subtotal | $400,673.53 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400,673.53 | $0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0786 - Checking Account | $59,013.40 | $416,639.37 | $43,047.56 |
| XXXXXX1050 - Checking Account | $400,673.53 | $0.00 | $0.00 |
|  | $459,686.93 | $416,639.37 | $43,047.56 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $79,326.47 |
|---|---|
| Total Net Deposits: | $459,686.93 |
| Total Gross Receipts: | $539,013.40 |

Trustee Signature:  /s/ Mary K. Whitmer    Date: 04/26/2017

Mary K. Whitmer
Whitmer & Ehrman LLC
2344 Canal Road
Suite 401
Cleveland, OH 44113
(216) 771-5056
mkw@WEadvocatenet

Page Subtotals: $0.00  $0.00