# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** OHIO
### CLEVELAND **DIVISION**

In re:  §
  §
ROLEN PLASTICS INC.  §  Case No. 13-14156-JPS
  §
  Debtor  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mary K. Whitmer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 449,581.40 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 89,432.00 | |

3) Total gross receipts of $ 539,013.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 539,013.40 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 647,751.15 | $ 767,511.94 | $ 767,511.94 | $ 399,604.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 89,432.00 | 89,432.00 | 89,432.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 97,537.19 | 332,995.10 | 299,857.97 | 49,977.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 257,184.56 | 105,788.99 | 105,788.99 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,002,472.90 | $ 1,295,728.03 | $ 1,262,590.90 | $ 539,013.40 |

4)  This case was originally filed under chapter 7 on  06/10/2013 .  The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2017            By:/s/Mary K. Whitmer
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1009 Commerce Court Grafton, OH 44044 | 1110-000 | 480,000.00 |
| 1990 Neissi molding machine Model FS210-50ASE | 1129-000 | 3,000.00 |
| 1990 Nissei Molding machie moel F 210-550 ASE | 1129-000 | 2,600.00 |
| 1992 Goldstar molding machine Model IDE 150 EN | 1129-000 | 675.00 |
| 1992 Goldstar molding machine model IDE E150 EN | 1129-000 | 400.00 |
| 1992 Goldstar molding machine model IDE-100 EN | 1129-000 | 600.00 |
| 1992Goldstar molding machine Model IDE 150EN | 1129-000 | 1,150.00 |
| 1993 Goldstar Model molding machine  IDE500 EN | 1129-000 | 2,300.00 |
| 1995 Goldstar molding machine, model  IDE-220 EN | 1129-000 | 725.00 |
| 1997 Nissei molding machine model  FN5000-50A | 1129-000 | 19,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 LG Goldstar molding machine Ser # 1500zzm8176 | 1129-000 | 3,000.00 |
| Miscellaneous Equipment sold at Auction | 1129-000 | 11,145.82 |
| two Van Doren molding machines 1970 | 1129-000 | 1,100.00 |
| UNA DYN robot material dryer model UDC | 1129-000 | 550.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | 12,767.58 |
| **TOTAL GROSS RECEIPTS** | | **$ 539,013.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service STOP 8420G POBox 145595 Cincinnati, OH 45250-9732 | | 2,312.02 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service STOP 8420G POBox 145595 Cincinnati, OH 45250-9732 | | 46,717.11 | NA | NA | 0.00 |
| | Internal Revenue Service STOP 8420G POBox 145595 Cincinnati, OH 45250-9732 | | 114,588.83 | NA | NA | 0.00 |
| | Internal Revenue Service STOP 8420G POBox 145595 Cincinnati, OH 45250-9732 | | 15,801.68 | NA | NA | 0.00 |
| | Internal Revenue Service STOP 8420G POBox 145595 Cincinnati, OH 45250-9732 | | 7,386.07 | NA | NA | 0.00 |
| | Lorain National Bank 457 Broadway Lorain, OH 44052 | | 331,769.96 | NA | NA | 0.00 |
| | Lorain National Bank 457 Broadway Lorain, OH 44052 | | 5,849.74 | NA | NA | 0.00 |
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 2,165.11 | NA | NA | 0.00 |
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 4,028.83 | NA | NA | 0.00 |
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 1,331.03 | NA | NA | 0.00 |
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 764.49 | NA | NA | 0.00 |
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 3,119.09 | NA | NA | 0.00 |
| | Ohio Dept of Jobs & Family Services POBOx 182059 Columbus, OH 43218 | | 14,379.98 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workers Compensation POBox 530 Columbus, OH 43266-0001 | | 0.00 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workers Compensation POBox 530 Columbus, OH 43266-0001 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Bureau of Workers  Compensation POBox 530 Columbus, OH 43266-0001 | | 0.00 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 0.00 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 16,745.66 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 5,938.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 15,091.12 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 6,901.01 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,841.36 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,115.07 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,268.33 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,016.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,572.30 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,040.06 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,545.45 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 3,364.57 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,365.07 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,731.81 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,046.02 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,589.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,124.46 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,538.32 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 5,289.95 | NA | NA | 0.00 |
| | State of Ohio, Department of Taxation c/o Ohio Atttorney General 150 East Gay St, 21st Street Columbus, OH 43215-3130 | | 22,411.96 | NA | NA | 0.00 |
| | LORAIN NATIONAL BANK | 4110-000 | NA | 357,229.35 | 357,229.35 | 357,229.35 |
| 6 | LORAIN NATIONAL BANK | 4110-000 | NA | 328,736.52 | 328,736.52 | 0.00 |
| 7 | LORAIN NATIONAL BANK | 4110-000 | NA | 26,968.31 | 26,968.31 | 0.00 |
| 1 | OHIO BUREAU OF WORKERS' COMPENSATI | 4110-000 | NA | 12,202.97 | 12,202.97 | 0.00 |
| | Lorain County Ohio | 4700-000 | NA | 42,374.79 | 42,374.79 | 42,374.79 |
| **TOTAL SECURED CLAIMS** | | | **$ 647,751.15** | **$ 767,511.94** | **$ 767,511.94** | **$ 399,604.14** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mary K. Whitmer | 2100-000 | NA | 5,051.75 | 5,051.75 | 5,051.75 |
| Mary K. Whitmer | 2200-000 | NA | 83.27 | 83.27 | 83.27 |
| FIRST INSURANCE FUNDING CORP. | 2420-000 | NA | 2,993.20 | 2,993.20 | 2,993.20 |
| TODD ASSOCIATES | 2420-000 | NA | 3,334.55 | 3,334.55 | 3,334.55 |
| Chicago Title Insurance Company | 2500-000 | NA | 2,028.75 | 2,028.75 | 2,028.75 |
| Lorain County Ohio | 2500-000 | NA | 2,020.50 | 2,020.50 | 2,020.50 |
| BANK OF KANSAS CITY | 2600-000 | NA | 2,220.02 | 2,220.02 | 2,220.02 |
| Lorain County Ohio | 2820-000 | NA | 8,902.43 | 8,902.43 | 8,902.43 |
| KOHRMAN JACKSON & KRANTZ | 3110-000 | NA | 22,500.00 | 22,500.00 | 22,500.00 |
| Brian R. Greene | 3410-000 | NA | 2,871.00 | 2,871.00 | 2,871.00 |
| Re/Max Crossroads | 3510-000 | NA | 24,000.00 | 24,000.00 | 24,000.00 |
| Grossman, Inc. | 3610-000 | NA | 4,624.70 | 4,624.70 | 4,624.70 |
| GROSSMAN, INC. | 3620-000 | NA | 8,801.83 | 8,801.83 | 8,801.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 89,432.00 | $ 89,432.00 | $ 89,432.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 5,938.95 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 6,901.01 | NA | NA | 0.00 |
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 16,745.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Bureau of Workmens Compensation c/o Ohio Atttorney General Collecti 150 East Gay Street 21st Floor Columbus, OH 43215-9564 | | 15,091.12 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 3,364.57 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,046.02 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,365.07 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,572.30 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,589.00 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,538.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,115.17 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,040.06 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,124.46 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 2,016.63 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,731.81 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,268.33 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,545.45 | NA | NA | 0.00 |
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 1,841.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Ohio Department of Taxation POBox 530 Columbus, OH 43266-0001 | | 5,289.95 | NA | NA | 0.00 |
| | State of Ohio, Department of Taxation c/o Ohio Atttorney General 150  East Gay St, 21st Street Columbus, OH 43215-3130 | | 22,411.95 | NA | NA | 0.00 |
| 2A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 181,437.39 | 181,437.39 | 8,671.16 |
| | OHIO BUREAU OF WORKERS' COMPENSATI | 5800-000 | NA | 33,137.13 | 33,137.13 | 33,137.13 |
| 11 | Ohio Bureau Of Workers" Compensation | 5800-000 | NA | 58,991.70 | 25,854.57 | 1,235.62 |
| | OHIO DEPARTMENT OF JOB & FAMILY SER | 5800-000 | NA | 4,298.59 | 4,298.59 | 4,298.59 |
| 5 | OHIO DEPARTMENT OF JOB & FAMILY SER | 5800-000 | NA | 26,289.65 | 26,289.65 | 1,256.42 |
| 9A | OHIO DEPARTMENT OF TAXATION | 5800-000 | NA | 28,840.64 | 28,840.64 | 1,378.34 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 97,537.19 | $ 332,995.10 | $ 299,857.97 | $ 49,977.26 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Packaging POBox 1445 Elyria, OH 44036 | | 812.50 | NA | NA | 0.00 |
| | Allied Waste POBox 9001099 Louisville, KY 40290 | | 1,272.45 | NA | NA | 0.00 |
| | Amerigas Dept 0140 Palatine, IL 60055-0140 | | 290.13 | NA | NA | 0.00 |
| | Applied Industrial Tech Inxc 22510 Network Place Chicago, IL 60673-1225 | | 44.10 | NA | NA | 0.00 |
| | Artisan Mold 1021 Commerce Dr POBox 219 Grafton, OH 44044 | | 4,925.00 | NA | NA | 0.00 |
| | Ashland Inc/Nexco Solutions 62190 Collections Center Dr Chicago, IL 60693-0621 | | 48.00 | NA | NA | 0.00 |
| | Billings & Co. 503 Abbe Rd South Elyria, OH 44035-6301 | | 4,416.82 | NA | NA | 0.00 |
| | BP POBox 94012 Palatine, IL 60094 | | 908.69 | NA | NA | 0.00 |
| | Brohl Appell 140 Lane St Sandusky, OH 44870 | | 325.46 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cincinnati Insurance Co. POBox 145620 Cincinnati, OH 45250-5620 | | 779.00 | NA | NA | 0.00 |
| | Decor Products INc 1201 Decor Dr Wausaukee, WI 54177 | | 2,039.00 | NA | NA | 0.00 |
| | Entec POBox 934329 Atlanta, GA 31193-4329 | | 9,790.00 | NA | NA | 0.00 |
| | Fastenal POBox 978 Winona, MN 55987-0978 | | 30.61 | NA | NA | 0.00 |
| | Frontier POBOx 9688 Mission Hills, CA 91346-9688 | | 634.45 | NA | NA | 0.00 |
| | George Flanek Delam Solutions 7762 Greenwicvh Rd Lodi, OH 44254 | | 150.00 | NA | NA | 0.00 |
| | Global Technical Recruiters POBox 13188 Milwaukee, WI 53213-0188 | | 3,218.00 | NA | NA | 0.00 |
| | GLW Broadband Commerce Dr Grafton, OH 44044 | | 62.34 | NA | NA | 0.00 |
| | M.Holland POBox 92170 Elk Grove Village, IL 60009 | | 351.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mastermans 11C POBox 411 Auburn, MA 01501 | | 195.72 | NA | NA | 0.00 |
| | Michael Day POBox 71225 Cleveland, UN 44191 | | 2,560.00 | NA | NA | 0.00 |
| | Ohio Edison POBox 3637 Akron, OH 44309-3637 | | 128.62 | NA | NA | 0.00 |
| | Ohio Edison POBox 3637 Akron, OH 44309-3637 | | 133.06 | NA | NA | 0.00 |
| | OSHA US Departmant of Labor Occupational Safety & Health Admin 429Madison Ave. Suite 600 Toledo, OH 43604 | | 5,500.00 | NA | NA | 0.00 |
| | Plastic Services of Michigan | | 9,450.00 | NA | NA | 0.00 |
| | Plastic Services of Michigan 115809 Claire Court Macomb, MI 48042 | | 9,750.00 | NA | NA | 0.00 |
| | Poly One Dept CH 10489 Palatine, IL 60055-0489 | | 6,455.00 | NA | NA | 0.00 |
| | Pulito & Associates LLC 230 Third St Elyria, OH 44035 | | 6,455.00 | NA | NA | 0.00 |
| | Quill POBox 37600 Philadelphia, PA 19101-0600 | | 133.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard D Roberts 1016 N. Willow Grafton, OH 44044 | | 180,000.00 | NA | NA | 0.00 |
| | Royal Supply 1209 Lowell St Elyria, OH 44035 | | 51.40 | NA | NA | 0.00 |
| | Seneca Tape & Label Co. 13824 Progress Parkway North Royalton, OH 44133 | | 483.10 | NA | NA | 0.00 |
| | Toth, Brian 157 Edgewood Dr Berea, OH 44017 | | 75.00 | NA | NA | 0.00 |
| | Village of Grafton 960 Main ST Grafton, OH 44044 | | 5,716.56 | NA | NA | 0.00 |
| 4 | BILLINGS & CO. | 7100-000 | NA | 4,967.43 | 4,967.43 | 0.00 |
| 8 | OHIO EDISON BANKRUPTCY DEPARTMENT | 7100-000 | NA | 258.46 | 258.46 | 0.00 |
| 3 | SENECA TAPE & LABEL CO. | 7100-000 | NA | 483.10 | 483.10 | 0.00 |
| 10 | Village Of Grafton | 7100-000 | NA | 16,165.07 | 16,165.07 | 0.00 |
| 2B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 70,956.17 | 70,956.17 | 0.00 |
| 9B | OHIO DEPARTMENT OF TAXATION | 7300-000 | NA | 12,958.76 | 12,958.76 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 257,184.56 | $ 105,788.99 | $ 105,788.99 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-14156 | JPS | Judge: | Jessica E. Price Smith | Trustee Name: | Mary K. Whitmer |
|---|---|---|---|---|---|---|

Case Name: ROLEN PLASTICS INC.  
For Period Ending: 10/06/2017

Date Filed (f) or Converted (c): 06/10/2013 (f)  
341(a) Meeting Date: 07/18/2013  
Claims Bar Date: 10/30/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1009 Commerce Court Grafton, OH 44044<br><br>See Order [Dkt. No. 48]. | 400,000.00 | 0.00 | | 480,000.00 | FA |
| 2. 1990 Neissi molding machine Model FS210- 50ASE<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 7,500.00 | 7,500.00 | | 3,000.00 | FA |
| 3. 1990 Nissei Molding machie moel F 210-550 ASE<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 7,500.00 | 7,500.00 | | 2,600.00 | FA |
| 4. 1997 Nissei molding machine model FN5000-50A<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 15,000.00 | 15,000.00 | | 19,000.00 | FA |
| 5. 2001 LG Goldstar molding machine Ser # 1500zzm8176<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 36,000.00 | 36,000.00 | | 3,000.00 | FA |
| 6. 1993 Goldstar Model molding machine IDE500 EN<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 15,600.00 | 15,600.00 | | 2,300.00 | FA |
| 7. 1995 Goldstar molding machine, model IDE-220 EN<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 10,800.00 | 10,800.00 | | 725.00 | FA |
| 8. 1992Goldstar molding machine Model IDE 150EN<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 6,000.00 | 6,000.00 | | 1,150.00 | FA |
| 9. 1992 Goldstar molding machine Model IDE 150 EN<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 6,000.00 | 6,000.00 | | 675.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-14156 | JPS | Judge: | Jessica E. Price Smith | Trustee Name: | Mary K. Whitmer |
|---|---|---|---|---|---|---|
| Case Name: | ROLEN PLASTICS INC. | | | | Date Filed (f) or Converted (c): | 06/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/18/2013 |
| For Period Ending: | 10/06/2017 | | | | Claims Bar Date: | 10/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 10. 1992 Goldstar molding machine model IDE E150 EN<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 6,000.00 | 6,000.00 | | 400.00 | FA |
| 11. 1992 Goldstar molding machine model IDE-100 EN<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 4,500.00 | 4,500.00 | | 600.00 | FA |
| 12. two Van Doren molding machines 1970<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | Unknown | 0.00 | | 1,100.00 | FA |
| 13. Yudo-Star-robot material dryer model UDC 150<br><br>Asset was not on the premises or auctioned. Trustee was unable to locate. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 14. UNA DYN robot material dryer model UDC<br><br>See Report of Sale [Dkt. No. 66] and auctioneer's report [Dkt. No. 54]. | 3,000.00 | 3,000.00 | | 550.00 | FA |
| 15. 8 thermal chillers 6 grinders ingersoll 2 compress<br><br>All assets were sold in auction, duplicate assets. See above. | Unknown | Unknown | | 0.00 | FA |
| 16. ACCOUNTS RECEIVABLE (u)<br><br>See Agreed Order for Turnover [Dkt. o. 50]. | 8,662.32 | 8,511.72 | | 12,767.58 | FA |
| 17. Miscellaneous Equipment sold at Auction | 0.00 | 0.00 | | 11,145.82 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $529,562.32 | $129,411.72 | | $539,013.40 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

- Mary Whitmer 4/17/2017 Trustee has submitted TFR for pre-submission review and will file shortly.

- Mary Whitmer 10/13/2016 Trustee to file Motion to Compromise.

- Mary Whitmer 4/22/2016 - Trustee has reached agreement in principle with taxing authorities and will file a Motion to Compromise shortly.

- Mary Whitmer 10/21/2015 Trustee seeking agreement with taxing authorities on lien marshalling priorities of numerous certificates of lien and judgment lien priorities.

Tr - Mary Whitmer 4/4/2015 Trustee seeking marshalling of tax liens from IRS and State of Ohio.

October 22, 2014, 03:19 pm Trustee evaluating the tax implications of the sale and revewing claims.

April 04, 2014, 06:03 pm Trustee has sold assets and has reached agreement for distribution of the proceeds among priority creditors.

September 27, 2013, 06:02 pm Trustee has filed Motion to Sell Assets. Auction sale November 7, 2013.

Trustee is pursuing property and all listed equipment.

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 04/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156

Case Name: ROLEN PLASTICS INC.

Taxpayer ID No: XX-XXX0297

For Period Ending: 10/06/2017

Trustee Name: Mary K. Whitmer

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0786

Checking Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/13 | 16 | PULITO & ASSOCIATES 230 3d St. Suite 200Elyria, OH 44035 | Account Receivable | | 1221-000 | $8,511.72 | | $8,511.72 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $10.00 | $8,501.72 |
| 08/26/13 | 300001 | TODD ASSOCIATES 23825 Commerce ParkBeachwood, OH 44122 | Insurance coverage [Dkt. No. 21] | | 2420-000 | | $3,334.55 | $5,167.17 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $11.99 | $5,155.18 |
| 09/14/13 | 300002 | FIRST INSURANCE FUNDING CORP. P.O. Box 66468Chicago, IL 06000-0468 | Insurance coverage [Dkt. No. 21] | | 2420-000 | | $1,392.58 | $3,762.60 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $10.00 | $3,752.60 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | | 2600-000 | | $10.00 | $3,742.60 |
| 11/04/13 | 16 | PULITO AND ASSOCIATES LLC 5343 Meadow Lane Ct.Sheffield, OH 44035-1469 | Payment of A/R by Pulito law firm | | 1221-000 | $4,255.86 | | $7,998.46 |
| 11/04/13 | 300003 | FIRST INSURANCE FUNDING CORP. 450 Skokie BlvdSuite 1000Northbrook, IL 60062Acct. 01530-0001-1827240 | Insurance coverage [Dkt. No. 21] | | 2420-000 | | $1,392.58 | $6,605.88 |
| 11/22/13 | 300004 | FIRST INSURANCE FUNDING CORP. P.O. Box 66468Chicago, IL 60666-0468 | Insurance Coverage [Dkt. No. 2] | | 2420-000 | | $1,392.58 | $5,213.30 |
| 11/25/13 | | GROSSMAN, INC. 1305 W. 80th St.Cleveland, OH 44102 | Auction Sale of Equipment | | | $46,245.82 | | $51,459.12 |
| | | | Gross Receipts | $46,245.82 | | | | |
| | 5 | | 2001 LG Goldstar molding machine Ser # 1500zzm8176 | $3,000.00 | 1129-000 | | | |
| | 4 | | 1997 Nissei molding machine model FN5000-50A | $19,000.00 | 1129-000 | | | |
| | 2 | | 1990 Neissi molding machine Model FS210- 50ASE | $3,000.00 | 1129-000 | | | |
| | 3 | | 1990 Nissei Molding machie moel F 210-550 ASE | $2,600.00 | 1129-000 | | | |

Page Subtotals: $59,013.40 $7,554.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156

Case Name: ROLEN PLASTICS INC.

Taxpayer ID No: XX-XXX0297

For Period Ending: 10/06/2017

Trustee Name: Mary K. Whitmer

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0786

Checking Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

*Exhibit 9*

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 6 | | 1993 Goldstar Model molding machine IDE500 EN | $2,300.00 | 1129-000 | | | |
| | 8 | | 1992Goldstar molding machine Model IDE 150EN | $1,150.00 | 1129-000 | | | |
| | 14 | | UNA DYN robot material dryer model UDC | $550.00 | 1129-000 | | | |
| | 12 | | two Van Doren molding machines 1970 | $1,100.00 | 1129-000 | | | |
| | 11 | | 1992 Goldstar molding machine model IDE-100 EN | $600.00 | 1129-000 | | | |
| | 7 | | 1995 Goldstar molding machine, model IDE-220 EN | $725.00 | 1129-000 | | | |
| | 9 | | 1992 Goldstar molding machine Model IDE 150 EN | $675.00 | 1129-000 | | | |
| | 17 | | Miscellaneous Equipment sold at Auction | $11,145.82 | 1129-000 | | | |
| | 10 | | 1992 Goldstar molding machine model IDE E150 EN | $400.00 | 1129-000 | | | |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $12.08 | $51,447.04 |
| 12/16/13 | | Transfer from Acct # XXXXXX1050 | Bank Funds Transfer | 9999-000 | $400,673.53 | | $452,120.57 |
| 12/17/13 | 300005 | LORAIN NATIONAL BANK 457 BroadwayLorain, OH 44052 | Payment of Total Secured Claims | 4110-000 | | $357,229.35 | $94,891.22 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $246.47 | $94,644.75 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $140.67 | $94,504.08 |
| 02/19/14 | 300006 | GROSSMAN, INC. 952 East 72 St.Cleveland, OH 44103 | Auctioneer for Trustee Fees | | | $13,426.53 | $81,077.55 |
| | | GROSSMAN, INC. | Auctioneer for Trustee Expenses ($8,801.83) | 3620-000 | | | |
| | | Grossman, Inc. | Auctioneer for Trustee Fees ($4,624.70) | 3610-000 | | | |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $121.71 | $80,955.84 |

Page Subtotals: $400,673.53 $371,176.81

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156

Case Name: ROLEN PLASTICS INC.

Taxpayer ID No: XX-XXX0297

For Period Ending: 10/06/2017

Trustee Name: Mary K. Whitmer

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0786

Checking Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | | FIRST INSURANCE FUNDING CORP. 450 Skokie Blvd.Suite 1000P.O. Box 3306Northbrook, IL   60065-3306 | Refund of Unused Insurance Premium | 2420-000 | | ($651.59) | $81,607.43 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.50 | $81,486.93 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $117.20 | $81,369.73 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.93 | $81,248.80 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $116.86 | $81,131.94 |
| 07/30/14 | | FIRST INSURANCE FUNDING CORP. 450 Skokie Blvd.Ste. 1000P.O. Box 1336Northbrook, IL 60065-3306 | Refund of Unused Insurance Premium | 2420-000 | | ($532.95) | $81,664.89 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.58 | $81,544.31 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $121.11 | $81,423.20 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $117.11 | $81,306.09 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.84 | $81,185.25 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $116.77 | $81,068.48 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.49 | $80,947.99 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $120.31 | $80,827.68 |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $108.50 | $80,719.18 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $119.97 | $80,599.21 |

Page Subtotals: $0.00 $356.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156
Case Name: ROLEN PLASTICS INC.

Trustee Name: Mary K. Whitmer
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0786
Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX0297
For Period Ending: 10/06/2017

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $115.93 | $80,483.28 |
| 02/04/17 | 300007 | OHIO BUREAU OF WORKERS' COMPENSATI Legal Division/Bankruptcy Unit PO Box 15567 Columbus, OH  43215-0567 | Payment of Priority Claim Pursuant to Agreement and Court Order See Motion [Dkt. No. 73] and Order [Dkt No. 77] pursuant to Agreement with State of Ohio and Internal Revenue Service. | 5800-000 | | $33,137.13 | $47,346.15 |
| 02/04/17 | 300008 | OHIO DEPARTMENT OF JOB & FAMILY SER Revenue Recovery/Litigation PO Box 182404 Columbus, OH  43218 | Payment of Priority Claim Pursuant to Agreement and Court Order See Motion [Dkt. No. 73] and Order [Dkt No. 77] pursuant to Agreement with State of Ohio and Internal Revenue Service. | 5800-000 | | $4,298.50 | $43,047.65 |
| 03/31/17 | 300009 | OHIO DEPARTMENT OF JOB & FAMILY SER Revenue Recovery/Litigation PO Box 182404 Columbus, OH  43218 | Payment of Priority Claim Pursuant to Agreement and Court Order See Motion [Dkt. No. 73] and Order [Dkt No. 77] pursuant to Agreement with State of Ohio and Internal Revenue Service. Disbursement corrects error on payment of $.09. | 5800-000 | | $0.09 | $43,047.56 |
| 06/13/17 | 300010 | Mary K. Whitmer Whitmer & Ehrman LLC 2344 Canal Road Suite 401 Cleveland, OH 44113 | Distribution | | | $5,135.02 | $37,912.54 |
| | | Mary K. Whitmer | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | ($5,051.75) | | |
| | | Mary K. Whitmer | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | ($83.27) | | |

Page Subtotals: $0.00 $42,686.67

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156

Case Name: ROLEN PLASTICS INC.

Trustee Name: Mary K. Whitmer

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0786

Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX0297

For Period Ending: 10/06/2017

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/17 | 300011 | KOHRMAN JACKSON & KRANTZ<br>One Cleveland Center<br>1375 East 9th Street<br>29th Floor<br>Cleveland, OH 44114 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $22,500.00 | $15,412.54 |
| 06/13/17 | 300012 | Brian R. Greene<br>Brian R. Greene<br>CG Accounting<br>7840 Mayfield Road<br>Chesterland, OH 44026 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,871.00 | $12,541.54 |
| 06/13/17 | 300013 | INTERNAL REVENUE SERVICE<br>1240 E 9TH ST, RM 493<br>CLEVELAND, OH 44199 | Final distribution to claim 2 representing a payment of 4.78 % per court order. | 5800-000 | | $8,671.16 | $3,870.38 |
| 06/13/17 | 300014 | OHIO DEPARTMENT OF JOB & FAMILY SER<br>Revenue Recovery/Litigation<br>PO Box 182404<br>Columbus, OH 43218 | Final distribution to claim 5 representing a payment of 4.78 % per court order. | 5800-000 | | $1,256.42 | $2,613.96 |
| 06/13/17 | 300015 | OHIO DEPARTMENT OF TAXATION<br><br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | Final distribution to claim 9 representing a payment of 4.78 % per court order. | 5800-000 | | $1,378.34 | $1,235.62 |
| 06/13/17 | 300016 | Ohio Bureau Of Workers" Compensation<br>Legal Division/Bankruptcy Unit<br>Po Box 15567<br>Columbus, Oh 43215-0567 | Final distribution to claim 11 representing a payment of 4.78 % per court order. | 5800-000 | | $1,235.62 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $459,686.93 | $459,686.93 |
| Less: Bank Transfers/CD's | $400,673.53 | $0.00 |
| Subtotal | $59,013.40 | $459,686.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,013.40 | $459,686.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Page Subtotals: $0.00 $37,912.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-14156

Case Name: ROLEN PLASTICS INC.

Taxpayer ID No: XX-XXX0297

For Period Ending: 10/06/2017

Trustee Name: Mary K. Whitmer

Bank Name: BOK Financial

Account Number/CD#: XXXXXX1050

Checking Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/26/13 | | FROM THE SALE OF THE REAL ESTATE | Sale of Real Estate See, Order Granting Trustee's Motion to Sell Real and Personal Property Free and Clear of All Liens and Interests [Dkt. No. 48]. | | $400,673.53 | | $400,673.53 |
| | | | Gross Receipts $480,000.00 | | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Escrow Fee ($435.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Examination of Title ($460.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Title Commitment ($75.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company 1111 Superior Ave., Suite 600 Cleveland, OH 44114 | Owner's Policy Premium ($1,058.75) | 2500-000 | | | |
| | | Lorain County Ohio | Recording Fees ($100.00) | 2500-000 | | | |
| | | Lorain County Ohio | Transfer Tax ($1,920.50) | 2500-000 | | | |
| | | Re/Max Crossroads | Real Estate Commission ($24,000.00) | 3510-000 | | | |
| | | Lorain County Ohio | Real Estate Taxes Proration ($8,902.43) | 2820-000 | | | |
| | | Lorain County Ohio | Delinquent Real Estate Taxes ($42,374.79) | 4700-000 | | | |
| | 1 | | 1009 Commerce Court Grafton, OH 44044 $480,000.00 | 1110-000 | | | |
| 12/16/13 | | Transfer to Acct # XXXXXX0786 | Bank Funds Transfer | 9999-000 | | $400,673.53 | $0.00 |

COLUMN TOTALS $400,673.53 $400,673.53

Page Subtotals: $400,673.53 $400,673.53

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $400,673.53 |
| Subtotal | $400,673.53 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400,673.53 | $0.00 |

Exhibit 9

Page Subtotals:      $0.00      $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0786 - Checking Account | $59,013.40 | $459,686.93 | $0.00 |
| XXXXXX1050 - Checking Account | $400,673.53 | $0.00 | $0.00 |
| | $459,686.93 | $459,686.93 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $79,326.47 |
| Total Net Deposits: | $459,686.93 |
| Total Gross Receipts: | $539,013.40 |